FILED
JAN 23 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DENIS NGUESSIN KOUAKOU,<br>also known as "Dennis Nguessin Kouakou,"<br><br>Defendant. | Criminal No. 4:25-cr-007<br><br>INDICTMENT<br><br>T. 18 U.S.C. § 922(a)(6)<br>T. 18 U.S.C. § 924(a)(2)<br>T. 18 U.S.C. § 924(a)(1)(A)<br>T. 18 U.S.C. § 924(d)<br>T. 18 U.S.C. § 933(a)(1)<br>T. 18 U.S.C. § 933(b)<br>T. 18 U.S.C. § 934<br>T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(False Statement During Purchase of a Firearm)**

On or about December 30, 2022, in the Southern District of Iowa, the defendant, DENIS NGUESSIN KOUAKOU, also known as "Dennis Nguessin Kouakou," in connection with the acquisition of a firearm, namely: a Glock, model 19 Gen5, nine-millimeter pistol, with serial number BXRD620, from Bass Pro Shops Outdoor World #043 in Altoona, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form.

1

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (False Statement During Purchase of a Firearm)

On or about December 30, 2022, in the Southern District of Iowa, the defendant, DENIS NGUESSIN KOUAKOU, also known as "Dennis Nguessin Kouakou," knowingly made a false statement and representation to Bass Pro Shops Outdoor World #043 in Altoona, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bass Pro Shops Outdoor World #043 in Altoona, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(False Statement During Purchase of a Firearm)**

On or about June 23, 2023, in the Southern District of Iowa, the defendant, DENIS NGUESSIN KOUAKOU, also known as "Dennis Nguessin Kouakou," in connection with the acquisition of a firearm, namely: a Glock, model 19 Gen5, nine-millimeter pistol, with serial number CAAU912, from Bass Pro Shops Outdoor World #043 in Altoona, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (False Statement During Purchase of a Firearm)

On or about June 23, 2023, in the Southern District of Iowa, the defendant, DENIS NGUESSIN KOUAKOU, also known as "Dennis Nguessin Kouakou," knowingly made a false statement and representation to Bass Pro Shops Outdoor World #043 in Altoona, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bass Pro Shops Outdoor World #043 in Altoona, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 5
### (Firearms Trafficking)

On a date unknown, but between June 23, 2023, and October 7, 2024, in the Southern District of Iowa, the defendant, DENIS NGUESSIN KOUAKOU, also known as "Dennis Nguessin Kouakou," shipped, transported, transferred, caused to be transported, or otherwise disposed of a firearm, namely: a Glock, model 19 Gen5, nine-millimeter pistol, with serial number CAAU912, in or affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony.

This is a violation of Title 18, United States Code, Section 933(a)(1) and 933(b).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offense(s) alleged in Counts 1, 2, 3, 4, and/or 5 of this Indictment, the defendant, DENIS NGUESSIN KOUAKOU, also known as "Dennis Nguessin Kouakou," shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934, and Title 28, United States Code, Section 2461(c), all firearms, firearm parts, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms identified in Counts 1, 2, 3, 4, and 5 of this Indictment.

This is pursuant to Title 18, United States Code, Sections 924(d) and 934, and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Assistant United States Attorney